83 Yil

CR 12 083

VITALIANO, J.

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 3:96-CR-325-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Anthony Feurtado | DISTRICT<br><br>South Carolina | DIVISION<br><br>Charleston |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Sol Blatt, Jr., Senior U. S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>April 19, 2010 | TO<br>April 18, 2015 |

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N Y
★ JAN 30 2012 ★
LONG ISLAND OFFICE

**OFFENSE**

Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine and Cocaine Base and Heroin and Laundering of Monetary Instruments

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/16/11
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 24 2012

s/ ENV

Effective Date

United States District Judge

(Form Revised in WP80 by D/SC - 9/97)